1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT FOR THE

8              EASTERN DISTRICT OF CALIFORNIA

9

ERMA LANDA,                    )        1:05cv0676 REC DLB
10                                  )
                                   )        ORDER DISCHARGING
11                                  )        ORDER TO SHOW CAUSE
                                   )
12            Plaintiff,           )        (Document 14)
                                   )
13                                  )
       vs.                         )
14                                  )
JO ANNE BARNHART, Commissioner,    )
15                                  )
                                   )
16            Defendant.           )
_____)
17

        On May 25, 2005, Plaintiff filed the present action in this Court.  On April 25, 2006, the
18
Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to
19
comply with the Court's scheduling order.
20
        On May 12, 2006, Plaintiff filed a response to the order to show cause and her opening brief.
21
Plaintiff's counsel explained that the failure to file a timely opening brief was due to (1) an
22
unexpected death in counsel's immediate family; and (2) a calendaring error.  Plaintiff has
23
demonstrated good cause and the April 25, 2006, order to show cause is therefore DISCHARGED.
24
        IT IS SO ORDERED.
25
        Dated:    May 15, 2006                    _____/s/ Dennis L. Beck_____
26   3b142a                                       UNITED STATES MAGISTRATE JUDGE

27

28                                    1